**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

|  |  |  |
|---|---|---|
| **WALTER R. MAINS,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | Civil Action No. 14-14770-DJC |
| | ) | |
| **COMMONWEALTH OF MASSACHUSETTS, ET AL.,** | ) ) | |
| | ) | |
| **Defendants.** | ) | |

**MEMORANDUM AND ORDER FOR DISMISSAL**

**CASPER, J.**                                                                                                  September 24, 2015

On August 8, 2015, this Court issued a Memorandum and Order (D. 5) directing plaintiff to demonstrate good cause in writing why this action should not be dismissed and to file an amended complaint by September 15, 2015. This Court discussed the substantial pleading deficiencies pursuant to Rule 8 of the Federal Rules of Civil Procedure, the failure to state plausible RICO claims under 18 U.S.C. § 1964 and the failure to state a claim under 31 U.S.C. § 5253 because there is no private cause of action under that statute.

To date, plaintiff has not filed a show cause response or an amended complaint as directed and the time period for doing so has expired.

Accordingly, for the substantive reasons set forth in the Memorandum and Order (D.5), and for the failure of plaintiff to comply with the directives therein, this action is hereby Ordered

DISMISSED in its entirety.[1]

**So ordered.**

/s/ Denise J. Casper

United States District Judge

---

[1] For purposes of 28 U.S.C. § 1915(g), this Court considers this dismissal to be based on the merits.